1 SHARON L. NELSON
Nevada Bar No. 6433
2 NELSON LAW
8670 West Cheyenne Avenue, Suite 120
3 Las Vegas, Nevada  89129
Telephone:  (702) 247-4529
4 Facsimile:   (702) 737-4529
snelson@nelsonlawlv.com
5 Attorneys for Plaintiffs
DONNA HILL and
6 NORA OGANESIAN

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  DONNA HILL, an individual; NORA OGANESIAN, an individual,<br>10<br>11                   Plaintiff,<br>12  vs.<br>13  CHW NEVADA IMAGING COMPANY, LLC a Nevada Limited Liability Company; DOES and ROES 1-100; inclusive,<br>14<br>                   Defendant. | Case No:  2:11-cv-001006-KJD-CWH<br><br>**PLAINTIFFS' REQUEST FOR SCHEDULING OF ENE** |

15

16        Plaintiffs Donna Hill and Nora Oganesian (hereinafter collectively referred to as

17 "Plaintiffs"), by and through their counsel of record, Nelson Law, hereby request that an Early

18 Neutral Evaluation (hereinafter referred to as "ENE") be scheduled in this matter.

19        On June 20, 2011 this case was placed into the ENE program but no ENE has been

20 scheduled.  In the meantime, the parties have commenced discovery.  Plaintiffs have drafted and

21 served written discovery.  The Defendant has conducted the deposition of the Plaintiffs.  At this

22 point, Plaintiffs need to begin the deposition process which represents a significant expense to

23 Plaintiffs.

24 / /

/ /

So as not to delay the possible early resolution of this matter or expend additional money without exploring settlement, Plaintiffs respectfully requests the Court schedule a date and time at which to conduct the Early Neutral Evaluation at its earliest convenience.

DATED this 11th day of October 2011.

**NELSON LAW**

/s/  Sharon L. Nelson
SHARON L. NELSON
8670 West Cheyenne Avenue, Suite 120
Las Vegas, Nevada  89129
snelson@nelsonlawlv.com
Attorneys for Plaintiffs
DONNA HILL and
NORA OGANESIAN

## ORDER

IT IS HEREBY ORDERED that an ENE Session shall be set for Monday, November 14, 2011 at 9:30 a.m.  A formal ENE Order shall follow.

Dated this 19th day of October, 2011.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE