Rebecca Winterscheidt (*pro hac vice*)
Paul S. Prior (Nevada Bar No. 9324)
Ashley Kasarjian (*pro hac vice*)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: rwinterscheidt@swlaw.com
Email: sprior@swlaw.com
Email: akasarjian@swlaw.com

Attorneys for Defendant
CHW NEVADA IMAGING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA HILL, AN INDIVIDUAL; NORA OGANESIAN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>CHW NEVADA IMAGING COMPANY, LLC, a Nevada Limited Liability Company; DOES and ROES 1-100; inclusive<br><br>Defendants. | CASE NO.: 2:11-cv-01006-KJD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DONNA HILL and NORA OGAENSIAN and Defendant CHW NEVADA IMAGING COMPANY, LLC, through their respective counsel of record that the above matter be dismissed with

///
///
///
///
///
///
///

prejudice in its entirety with each party to bear its own costs and attorneys' fees.

Dated February 6, 2012

SNELL & WILMER L.L.P.

By: /s/ Paul S. Prior
Rebecca Winterscheidt (*pro hac vice*)
Paul S. Prior (Nevada Bar No. 9324)
Ashley Kasarjian (*pro hac vice*)
3883 Howard Hughes Pkwy, Ste.1100
Las Vegas, NV 89169

Attorneys for Defendant
CHW NEVADA IMAGING
COMPANY, LLC.

Dated February 6, 2012

NELSON LAW

By: /s/ Sharon L. Nelson
Sharon L. Nelson (Nevada Bar No. 6433)
8670 W. Cheyenne, Ste. 120
Las Vegas, Nevada 89129

Attorneys for Plaintiffs
DONNA HILL AND
NORA OGANESIAN

**ORDER**

IT IS SO ORDERED.

DATED this 7 day of February, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s Paul S. Prior
Rebecca Winterscheidt (*pro hac vice*)
Paul S. Prior (Nevada Bar No. 9324)
Ashley Kasarjian (*pro hac vice*)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant
CHW Nevada Imaging Company, LLC

14295973