1  Rebecca Winterscheidt (*pro hac vice*)
  Paul S. Prior (Nevada Bar No. 9324)
2  Ashley Kasarjian (*pro hac vice*)
  SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169
4  Telephone (702) 784-5200
  Facsimile (702) 784-5252
5  Email: rwinterscheidt@swlaw.com
  Email: sprior@swlaw.com
6  Email: akasarjian@swlaw.com

7  Attorneys for Defendant
  CHW NEVADA IMAGING COMPANY, LLC

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11

12  DONNA HILL, AN INDIVIDUAL; NORA OGANESIAN, AN INDIVIDUAL,

    CASE NO.: 2:11-cv-01006-KJD-CWH

13        Plaintiff,

    **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

14  vs.

15  CHW NEVADA IMAGING COMPANY, LLC, a Nevada Limited Liability Company;
16  DOES and ROES 1-100; inclusive

17        Defendants.

18

19      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DONNA

20  HILL and NORA OGAENSIAN and Defendant CHW NEVADA IMAGING COMPANY,

21  LLC, through their respective counsel of record that the above matter be dismissed with

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

1  prejudice in its entirety with each party to bear its own costs and attorneys' fees.

2  Dated February 6, 2012                    Dated February 6, 2012

3        SNELL & WILMER L.L.P.                    NELSON LAW

4

5  By: s/ Paul S. Prior                    By: s/ Sharon L. Nelson
       Rebecca Winterscheidt (*pro hac vice*)       Sharon L. Nelson (Nevada Bar No. 6433)
6      Paul S. Prior (Nevada Bar No. 9324)          8670 W. Cheyenne, Ste. 120
       Ashley Kasarjian (*pro hac vice*)            Las Vegas, Nevada 89129
7      3883 Howard Hughes Pkwy, Ste.1100
       Las Vegas, NV 89169                          Attorneys for Plaintiffs
8                                                   DONNA HILL AND
       Attorneys for Defendant                      NORA OGANESIAN
9      CHW NEVADA IMAGING
       COMPANY, LLC.

10

11                              **ORDER**

12       IT IS SO ORDERED.

13       DATED this 7 day of February, 2012.

14

15                              _____
                                UNITED STATES DISTRICT COURT JUDGE
16

17  Prepared and Submitted by:
    SNELL & WILMER L.L.P.
18

19

20  /s Paul S. Prior
    Rebecca Winterscheidt (*pro hac vice*)
21  Paul S. Prior (Nevada Bar No. 9324)
    Ashley Kasarjian (*pro hac vice*)
22  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
23  Attorneys for Defendant
    CHW Nevada Imaging Company, LLC

24

25  14295973

26

27

28